# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**BERKLEY REGIONAL SPECIALTY**                          **PLAINTIFF**
**INSURANCE COMPANY**

**v.**               **CASE NO. 2:17-CV-00157 BSM**

**LPS EQUIPMENT AND ACQUISITION**
**COMPANY, INC.**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE